# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>DESHONE ORR,<br><br>        Defendant. | Case No. 2:18-cr-265-LRH-EJY<br>ORDER APPROVING<br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Deshone Orr, that the Sentencing Hearing currently scheduled on December 10, 2019 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Currently, probation's internal deadline for completion of the presentence investigation report is the end of the month. Due to scheduling conflicts, Mr. Orr has yet to meet with probation in order to do the interview. Additional time is needed for the interview

to be completed and for probation to drat the report. The interview is scheduled to occur in approximately 2 weeks. Thereafter, defense counsel will need additional time to review the report and address any issues informally with probation prior to filing a sentencing memorandum.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 11th day of October, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESHONE ORR,

    Defendant.

Case No. 2:18-cr-265-LRH-EJY

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, December 10, 2019 at 9:30 a.m., be vacated and continued to January 21, 2020 at the hour of 9:30 a.m.

DATED this 15th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE