## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DESHONE ORR,<br><br>    Defendant. | Case No. 2:18-cr-265-LRH-EJY<br><br>**ORDER APPROVING STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Deshone Orr, that the Sentencing Hearing currently scheduled on May 5, 2020 at 9:45 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.   On March 19, 2020, Chief District Judge Du issued Temporary General Order 2020-04 which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." Chief District Judge Du noted further

that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.

2. On March 30, 2020, Chief District Judge Du issued Temporary General Order 2020-05 finding that felony pleas and sentencings "cannot be conducted in person in this district without seriously jeopardizing public health and safety." Chief District Judge Du further found that if a judge finds that a felony sentencing cannot be further delayed without serious harm to the interests of justice, the judge may, with defendant's consent after consultation with counsel, use video conferencing.

3. On April 16, 2020, this Court issued an order in this case directing the parties "(1) to advise whether the defendant consents to proceed with sentencing, as scheduled but using video conference and (2) to explain why the sentencing cannot be further delayed without serious harm to the interests of justice, or (3) to advise whether the parties agree to a continuance, indicating the maximum length of time." ECF No. 47

4. Mr. Orr is currently incarcerated. Although he consents to proceeding via video conferencing, at this time and given the facts of this case, defense counsel cannot articulate specific reasons why the case cannot be further delayed "without serious harm to the interests of justice."

5. The parties agree to the continuance. Defense counsel has spoken to Mr. Orr, and he agrees to a continuance of 60 days.

This is the fourth request for a continuance of the sentencing hearing.

2

DATED this 17th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DESHONE ORR,<br><br>    Defendant. | Case No. 2:18-cr-00265-LRH-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, May 5, 2020 at 9:45 a.m., be vacated and continued to Thursday, July 16, 2020, at the hour of 10:00 a.m., before District Judge Larry R. Hicks in a Las Vegas courtroom to be announced at a later time.

DATED this ___ day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE