# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DESHONE ORR,<br><br>    Defendant. | Case No. 2:18-cr-00265-LRH-EJY<br><br>**ORDER APPROVING STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Deshone Orr, that the Sentencing Hearing currently scheduled on July 16, 2020 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.  On July 8, 2020, the parties filed a Supplemental Joint Status Report advising the Court that they believed there was a basis to proceed with sentencing in this case on July 16, 2020, in order to avoid "serious harm to the interest of justice." ECF No. 53. The parties

submitted that the instant federal sentencing needed to take place so that Orr could proceed with his state sentencing hearing. However, after submitting the Supplement, Orr was finally able to get sentenced at the state via videoconference.  Therefore, the parties reasoning as outlined in the supplemental status report is now moot, and the parties can no longer specify reasons as to why the case cannot be further delayed.

  2. Additionally, on July 9, 2020, Orr contacted defense counsel and advised that he has questions regarding his upcoming sentencing and expressed a desire to continue the instant matter and proceed in person rather than in video.  Defense counsel is currently out of the jurisdiction and may not be able to immediately follow up with Orr regarding his lingering concerns.  As such, the parties request a continuance of at least 45 days. The requested time will permit defense counsel to confer with Orr.

  3. Mr. Orr is currently incarcerated and does not oppose the continuance.

This is the fifth request for a continuance of the sentencing hearing.

DATED this 10th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00265-LRH-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| DESHONE ORR, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, July 16, 2020 at 10:00 a.m., be vacated and continued to Tuesday, September 22, 2020, at 12:30 p.m. before District Judge Hicks in a Las Vegas courtroom to be announced at a later time.

DATED this 13th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3