**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DESHONE ORR,<br><br>　　　　Defendant. | Case No. 2:18-cr-00265-LRH-EJY<br><br>**ORDER** |

　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, September 22, 2020 at 12:30 p.m., be vacated and continued to Tuesday, December 29, 2020 at the hour of 10:45 a.m. before District Judge Larry R. Hicks, in a Las Vegas Courtroom to be determined.

　　DATED this 8th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

3