# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DESHONE ORR,<br><br>　　　　Defendant. | Case No. 2:18-cr-00265-LRH-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, December 29, 2020 at 10:45 a.m., is vacated and continued to Thursday, March 4, 2021 at the hour of 10:45 a.m. in a Las Vegas Courtroom to be determined.

DATED this 16th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE